UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| VINCENT SCOT SMITH, | ) | No. ED CV 10-514-CJC (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| CALIFORNIA BOARD OF PAROLE HEARINGS, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 14, 2011

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE